FILED
99 APR 12 AM 9:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 1 2 1999

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. ELLIS, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV 96-H-435-S |
| AMERICAN CAST IRON PIPE COMPANY, HOWARD MCCORMICK, FRANK CHAMBLEE AND GLEN HICKS, | ) | |
| DEFENDANTS. | ) | |

## MEMORANDUM OF DECISION

The court has before it the March 29, 1999 motion of defendant to dismiss this action. The court agrees with defendant that it has been over seven months since the suggestion of death of the plaintiff was filed in this case and there is still no proper plaintiff as a party to this action. On September 18, 1998 the court granted plaintiff leave to amend the complaint to present a plaintiff with a real party in interest to the claim. As the February 26, 1999 order points out, no such amendment was filed. Probably as a result of that order, plaintiff did file an amended complaint on March 10, 1999 substituting two individuals as plaintiff. The court agrees with defendant that these parties as plaintiff do not satisfy Fed. R. Civ. P. 17(b). The motion will be granted by separate order which will dismiss this action.

DONE this 12th day of April, 1999.

SENIOR UNITED STATES DISTRICT JUDGE